■ Edward Kavazanjian, Appellant, v. Brookhattan Trucking Co., Defendant, and Bowne-Morton Stores, Inc., Respondent.— In an action to recover damages for personal injuries, plaintiff appeals from an order of the Supreme Court, Nassau County, dated September 16, 1960, denying his motion to amend the complaint and the bill of particulars so as to set forth an additional specification of negligence. Order affirmed, with $10 costs and disbursements. No opinion. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ Alice M. Kelly, Respondent, v. Paul Wasserman, Appellant.— In an action to reform a deed to certain real property and in a summary proceeding by defendant against plaintiff to dispossess her from said property, the proceeding having been consolidated with the action and tried together, defendant appeals from a judgment of the Supreme Court, Kings County, rendered October 13, 1959, after a nonjury trial, dismissing the petition in the summary proceeding and directing that the deed be reformed to show that the property is subject to a life tenancy in favor of the plaintiff as long as her "occupancy under said tenancy shall remain legal". Judgment affirmed, with costs. No opinion. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.